## Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—*when decision of trial court on controverted questions of fact will not be disturbed.* The decision of the trial court on controverted questions of fact, in view of the fact that the trial judge, who has had an opportunity to see and hear the witnesses who have testified in the case, is better able to determine such questions, will not be disturbed on appeal.

2. MASTER AND SERVANT, § 84*—*when evidence sufficient to show that contract was to go into effect immediately.* In an action by a farm superintendent to recover for services under an oral contract, where the evidence was conflicting, evidence *held* sufficient to show that the contract was to go into effect immediately upon the making thereof.

3. FRAUDS, STATUTE OF, § 89*—*when not defense in action on oral contract of employment.* Where an oral contract of employment has been fully performed and nothing remains to be done except the payment of money by the employer, the Statute of Frauds cannot be interposed as a defense to an action on the contract.

———————

## Alma Herfurth and Esther M. Connor, Plaintiffs in Error, v. Mrs. R. E. Corigan, Defendant in Error.

### Gen. No. 23,042.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in this court at the March term, 1917. Reversed and judgment here. Opinion filed July 2, 1917.

### Statement of the Case.

Action by Alma Herfurth and Esther M. Connor, plaintiffs, against Mrs. R. E. Corigan, defendant, to recover rent for the period during which the premises remained vacant, between the date defendant vacated the premises and the day they were rented to another during the term of the lease. From a judgment for plaintiffs, defendant brings error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

WILLIAM ENGLISH, for plaintiffs in error.

JOSEPH R. BURRES, for defendant in error; EDWARD H. ROSENBERG, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

LANDLORD AND TENANT, § 279*—*when tenant is not warranted in vacating premises because of failure of landlord to properly heat.* Even though a lease did contain a provision whereby the lessor of an apartment was bound to furnish heat for the premises, the lessee was not warranted in vacating them where the only complaints made were relative to the heating during the previous winter and he had continued in possession and paid rent until the next succeeding October.

---

Daniel N. Peirce, trading as The Sales Information Bureau, Appellee, v. C. H. Morgan Grocery Company, Appellant.

### Gen. No. 23,049.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in this court at the March term, 1917. Reversed and judgment here. Opinion filed July 2, 1917. Rehearing denied July 16, 1917.

### Statement of the Case.

Action by Daniel N. Peirce, trading as The Sales Information Bureau, plaintiff, against C. H. Morgan Grocery Company, a corporation, defendant, to recover on a yearly contract for the supplying by plaintiff to defendant of the names of new residents within a cer-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.